IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THAIS B. MACKEY, an individual,

        Plaintiff,

v.                                                                                            No. 2:19-cv-00036-GJF-KRS

HOBBS BOYS AND GIRLS CLUB,
a nonprofit organization; MIKE CLAMPITT,
in his individual and professional capacity;
JOHN and JANE DOES I-X; BLACK
CORPORATIONS I-X; WHITE
ORGANIZATIONS I-X; ABC
PARTNERSHIPS I-X; ABC ENTITIES I-X,

        Defendants.

## ORDER VACATING AND RESETTING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion To Continue Rule 16 Scheduling Conference* [Doc. ]. Having considered the *Motion to Continue*, the Court finds cause for **granting the *Motion***.

**IT IS THEREFORE ORDERED** that Rule 16 Scheduling Conference on April 16th, 2019 is **VACATED**. The scheduling conference is reset for **April 25, 2019 at 10:00 a.m**. The parties shall connect to the conference by calling **(888) 398-2342** and entering access code **8193818**.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    United States Magistrate Judge