IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THAIS B. MACKEY,

       Plaintiff,

v.                                                                    No. 2:19-cv-00036-GJF-KRS

HOBBS BOYS AND GIRLS CLUB,
a nonprofit organization; MIKE CLAMPITT;
JOHN AND JANE DOES I-X; BLACK
CORPORATIONS I-X; WHITE ORGANIZATIONS
I-X; ABC PARTNERSHIPS I-X; and ABC
ENTITIES I-X,

       Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on April 16, 2019 the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan (Doc. 10), and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED**.

                                                                _____
                                                                 KEVIN R. SWEAZEA
                                                                 UNITED STATES MAGISTRATE JUDGE