# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

THAIS B. MACKEY,

      Plaintiff,

v.                                No. 2:19-cv-00036-GJF-KRS

HOBBS BOYS AND GIRLS CLUB,
a nonprofit organization; MIKE CLAMPITT;
JOHN AND JANE DOES I-X; BLACK
CORPORATIONS I-X; WHITE ORGANIZATIONS
I-X; ABC PARTNERSHIPS I-X; and ABC
ENTITIES I-X,

      Defendants.

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a telephonic Rule 16 scheduling conference held on April 25, 2019. At the hearing, the Court adopted the parties' proposed Joint Status Report and Provisional Discovery Plan as modified by the dates below.

**IT IS, THEREFORE, ORDERED** that the parties shall follow the following discovery plan:

(a) Maximum of twenty-five interrogatories per party to the other party with responses due thirty days after service.

(b) Maximum of twenty-five requests for production per party to the other party with responses due thirty days after service.

(c) Maximum of twenty-five requests for admission per party to the other party with responses due thirty days after service.

(d) Maximum of fifteen depositions by each party. Depositions shall not exceed four (4) hours except for the depositions of experts and parties unless extended by agreement of the parties.

**IT IS FURTHER ORDERED** that the following case management deadlines shall govern:

(a) Plaintiff's deadline to amend pleadings or join additional parties in accordance with Fed. R. Civ. P. 15: **May 15, 2019**;

(b) Defendants' deadline to amend pleadings or join additional parties in accordance with Fed. R. Civ. P. 15: **June 17, 2019**;

(c) Plaintiff's expert-disclosure deadline: **August 15, 2019**;

(d) Defendants' expert-disclosure: **September 17, 2019**;

(e) Deadline for supplementing discovery/disclosures: **As required by the Federal Rules of Civil Procedure**;

(f) Termination of discovery: **October 15, 2019**;

(g) Motions relating to discovery: **November 15, 2019**;

(h) All other motions, including dispositive and *Daubert* motions: **November 22, 2019**;

(i) Pretrial order:   Plaintiff to Defendants by: **December 10, 2019**;

  Defendants to Court by: **December 17, 2019**.

**IT IS FURTHER ORDERED** that the Court must approve any changes to the timing or scope of discovery, other than the parties' agreement to extend the length of a deposition beyond four hours (seven in the event of experts or parties) made during the deposition in question. Discovery must be completed on or before the termination of the discovery deadline. A written discovery request must be propounded by a date so that the response to that request shall be due

on or before the discovery deadline.  The parties are further reminded that the cutoff for motions related to discovery does not relieve the party of the 21-day time period under Local Rule 26.6 to challenge a party's objections to answering discovery.  The parties are encouraged to review Federal Rule of Procedure 26(a)(2) to ensure they properly disclose *all* testifying witnesses, not just those for whom a report is required.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE